# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-00024-01-CR-W-GAF |
| ) | |
| CHARLES R. LUTTRELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion for Determination of Competency (Doc. #9). On May 3, 2010, United States Magistrate Judge Robert E. Larsen held a competency hearing. The parties stipulated to the contents and findings of the report of Dr. Randall Rattan, Ph.D., as the only evidence of Defendant's competency to stand trial and to assist in his defense.

On May 5, 2010, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (Doc. #17).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is

ORDERED that Defendant Charles R. Luttrell is found to be competent to stand trial and to assist in his own defense.

    /s/ Gary A. Fenner
    GARY A. FENNER, JUDGE
    United States District Court

DATED: January 7, 2003