IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 10-00024-01-CR-W-GAF

CHARLES R. LUTTRELL

AUSA: David Barnes
Defense Atty.:

| JUDGE | **Robert E. Larsen**<br>United States Magistrate Judge | DATE AND TIME | **April 17, 2012**<br><br>11:15 - 11:26 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Joella Baldwin | TAPE/REPORTER | FTR - J. Baldwin |
| INTERPRETER | | PRETRIAL/PROB: | Dickson Noelle for Paul Sedler |

# CLERK'S MINUTES

1st APPEARANCE
SUPERVISED RELEASE REVOCATION HEARING

( X ) Custody Assumed

Supervised Releasee advised:

1. That he is charged with violation of conditions of supervised release/probation;
2. That he is not required to make any statement and that any statement made by him may be used against him in Court;
3. Of his right to retain counsel and to request assignment of counsel if he is unable to obtain counsel;
4. That as a matter of right, he/she is not entitled to bail, and the United States Magistrate will not give consideration to fixing of bail;
5. That he/she is entitled to a preliminary hearing, the purpose of which is to determine whether or not there is probable cause or reasonable grounds to believe that he/she has committed an act that would constitute a violation of his/her conditions of supervised release or probation;
6. That he/she will be present at the preliminary hearing and may testify in his/her own behalf and bring letters, documents, or individuals who can give relevant information; and
7. That, at his/her request, persons who have given adverse information on which supervised release/probation revocation is to be based will be made available for questioning in his/her presence unless the United States Magistrate, for good cause shown or appearing, determines the request should not be granted.

( x ) Supervised Release Preliminary Revocation hearing set for **Monday 4/23/2012 at 9:30 a.m. Courtroom 6D, before Judge Larsen** - tentative setting.** Based on the defendant's request, Court will attempt to move the hearing to an earlier date.

BAIL

( x ) Bail not set; defendant committed to custody of U.S. Marshal.

COUNSEL

( X ) On this date, defendant sworn and examined as to his/her financial ability to employ counsel. Information recorded on Affidavit of Financial Status. FPD re-appointed.

**LATER:** The probation officer has contacted the district judge regarding defendant's request for release and/or an earlier setting; hearing remains set for Monday 4/23/2012 at 9:30 a.m.