**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                              Case No.: 10-00024-01-CR-W-GAF

**CHARLES R. LUTTRELL**

                                          USM Number: 22154-045

                                          Travis Poindexter, AFPD

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Probation or Supervised Release)**

      **THE DEFENDANT:** admitted guilt to violation of condition(s) of the term of supervision. The defendant is adjudicated guilty of these violation(s):

| Violation | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | The defendant shall not commit another federal, state or local crime. | **3/26/2014** |
| Mandatory | The defendant shall not unlawfully possess a controlled substance. | **3/27/2014** |
| Standard | The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. | **2/10/2014** |
| Special | The defendant shall successfully participate in a substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and pay any associated costs as directed by the Probation Office. | **2/12/2014** |

      The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      **IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.     XXX-XX-9295            Date of Imposition of Sentence: October 27, 2014
Defendant's Date of Birth:      07/29/1960

Defendant's Mailing Address:    c/o U.S. Marshal's Service      /s/ Gary A. Fenner
                                        Kansas City, MO 64106             GARY A. FENNER
                                                                                            UNITED STATES DISTRICT JUDGE

Defendant's Residence Address: Same

                                                                                           October 27, 2014

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months and a day.**

**NO SUPERVISED RELEASE TO FOLLOW.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal